UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| FREEMAN HANKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 7:20-CV-16-D** |
| BRUNSWICK COUNTY and JON DAVID, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court overrules as baseless Hankins's objections [D.E. 28, 29] and is satisfied that there is no clear error on the face of the record. The court adopts the conclusion in the M&R. The court ADOPTS the conclusions in the M&R [D.E. 26], OVERRULES as baseless the objections [D.E. 28, 29], and DENIES as meritless plaintiff's motions for a change of venue [D.E. 16], to amend his complaint [D.E. 19], and for default judgment [D.E. 31].

**This Judgment Filed and Entered on December 16, 2020, and Copies To:**

| | |
|---|---|
| Freeman Hankins | (Sent to 2613 Old Ocean Hwy 17 Bolivia, NC 28422 via US Mail) |
| Christopher J. Geis | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| December 16, 2020 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |